UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-60609-RS

PASTA E MARE CO., a Florida Profit Corporation,
and ARMANDO MANTILLA, an individual,

    Plaintiffs,

v.

POMPANO BEACH CLUB RECREATION CENTER, INC., a Florida Not-for-Profit Corporation, JEANNINE LESBURT, an individual, RONALD RITTER, an individual, PAMELA TOBIAS, an individual, and EDITH "JAN" IGNOZZI, an individual,

    Defendants,
_____/

## MOTION FOR RELIEF FROM PAGE LIMITATIONS

Defendants, POMPANO BEACH CLUB RECREATION CENTER, INC., JEANNINE LESBURT, RONALD RITTER, PAMELA TOBIAS, and EDITH "JAN" IGNOZZI, hereby file this Motion for Relief from Page Limitations, and in support thereof, state as follows:

1. Pursuant to this Honorable Court's procedures and Local Federal Rule 7.1(c)(2), "[a]bsent prior permission of the Court, neither a motion and its incorporated memorandum of law nor the opposing memorandum of law shall exceed twenty (20) pages." *Id*.

2. The Complaint is forty-four (44) pages long and includes 245 paragraphs.

3. Plaintiffs have asserted fifteen (15) causes of action in their Complaint.

4. The Complaint involves numerous parties: two (2) different Plaintiffs (a corporate Plaintiff and individual Plaintiff) and five (5) Defendants.

Case No. 0:23-cv-60609-RS

5. Rather than submitting various responses to the Complaint in piecemeal, the five (5) Defendants have completed and wish to submit underline(one (1) response) to the Complaint on behalf of *all* Defendants. This response is forty (40) pages total.

6. Given the length of the Plaintiffs' Complaint (44 pages, 245 paragraphs), the number of different causes of action asserted (fifteen (15) total), and the number of parties in this case (two Plaintiffs and five Defendants), the Defendants require twenty (20) additional pages to appropriately respond to all of the allegations and causes of action in Plaintiffs' Complaint and ensure that no defenses are waived.

7. This Motion is made in good faith and to preserve judicial economy and resources.

8. Indeed, it will be more effective and streamlined for the Parties and this Court if Defendants are permitted to submit underline(one (1)) response to the Complaint, as opposed to numerus shorter responses on behalf of each of the five (5) different Defendants individually.

9. Defendants' counsel conferred with the Plaintiffs' counsel prior to filing this Motion (on May 11, 2023), who indicated he is not opposed to the relief sought.

WHEREFORE, Defendants, POMPANO BEACH CLUB RECREATION CENTER, INC. JEANNINE LESBURT, RONALD RITTER, PAMELA TOBIAS, and EDITH "JAN" IGNOZZI, respectfully request this Honorable Court enter an Order[1] granting this Motion, providing Defendants with relief from the page limitations, allowing the Defendants to submit one response to the Complaint totaling forty (40) pages on behalf of all Defendants, along with any other relief this Court deems just and proper in light of the foregoing.

---

[1] A proposed Order granting this Motion has been included as Exhibit "1" to this Motion and has been sent to this Honorable Court via email as required under the local procedures.

Case No. 0:23-cv-60609-RS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 16th day of May 2023 with the Clerk of Court using CM/ECF which will send electronic copies of same to all counsel of record.

       COLE, SCOTT & KISSANE, P.A.
       *Counsel for Defendants*
       110 Tower
       110 S.E. 6th Street, Suite 2700
       Fort Lauderdale, Florida 33301
       Telephone (954) 703-3708
       Facsimile (954) 703-3701
       Primary e-mail: craig.minko@csklegal.com
       Primary e-mail: diana.rafael@csklegal.com
       Secondary e-mail: melissa.botero@csklegal.com
       Secondary e-mail: nikole.noble@csklegal.com

By: s/*Craig Minko*
   Craig Minko
   Florida Bar No.: 84499
   Diana E. Rafael
   Florida Bar No.: 1010306